**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00149-CV**
_____

**CARNELLIA SAMMONS, Appellant/Cross-Appellee**

**V.**

**KATHY ARLENE SAMMONS SERWINEK, Appellee/Cross-Appellant**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-01-00505-CV**
_____

**MEMORANDUM OPINION**

Carnellia Sammons, Appellant/Cross-Appellee, and Kathy Arlene Sammons Serwinek, Appellee/Cross-Appellant jointly filed a motion to dismiss this appeal and cross-appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1). The parties to the appeal filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 25, 2023
Opinion Delivered October 26, 2023

Before Horton, Johnson and Wright, JJ.